## Commonwealth *v.* Crandall, Appellant.

Submitted June 12, 1967. *Robert Louis Crandall*, appellant, in propria persona; *Stephen W. Kline* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.